■ RICHARD RUSSELL, Respondent, v. GREAT ATLANTIC & PACIFIC TEA CO., INC., Appellant.— Judgment unanimously reversed on the law and facts and complaint dismissed, without costs. Memorandum: We find no evidence of negligence on the part of the defendant. (Appeal from judgment of Niagara Trial Term in a negligence action.) Present — Williams, P. J., Bastow, Goldman and Del Vecchio, JJ.

■ MAE NORRIS, Respondent, v. FRANK W. NORRIS et al., Appellants.— Judgment and order affirmed, with costs. All concur, except Williams, P. J. and Del Vecchio, J., who dissent and vote to reverse and grant a new trial upon the ground that the verdict is against the weight of the evidence. (Appeal from judgment and order of Genesee Trial Term in automobile negligence action. Order denied motion for a new trial.) Present — Williams, P. J., Bastow, Goldman, Henry and Del Vecchio, JJ.